# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THOMAS DENNIS BURNS, SR., )
)
        Plaintiff, )
)
        v. )      Civil Action No. 24-2912 (UNA)
)
)
HERBERT CARR *et al*., )
)
        Defendants. )

### Memorandum Opinion

The Court is in receipt of Plaintiff's *pro se* complaint and application to proceed *in forma pauperis* (IFP). Plaintiff sues Magistrate Judge Melanie Acuna of D.C. Superior Court, four other individuals identified by name only, and presumably D.C. Child and Family Services Agency. *See* ECF No. 1 at 2. Plaintiff claims "Fraud and Discrimination of Gender," but has alleged no supporting facts. *Id*. at 4

Although *pro se* complaints are held to less stringent standards than those applied to formal pleadings drafted by lawyers, *Haines v. Kerner*, 404 U.S. 519, 520 (1972), they must comport with the Federal Rules of Civil Procedure. *See Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Federal Rule of Civil Procedure 8(a) requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

Plaintiff's cryptic pleading fails to "give the defendants fair notice of what the claim is and the grounds upon which it rests." *Jones v. Kirchner*, 835 F.3d 74, 79 (D.C. Cir. 2016) (cleaned up). Therefore, the Court grants Plaintiff's IFP application and dismisses the complaint without prejudice. A separate order accompanies this memorandum opinion.

_____/s/_____
AMIR H. ALI

Date: February 3, 2025                         United States District Judge